1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

10
11

STEVEN R. LEVY,                          )          Case No. CV 07-6412-JWJ

12

          Plaintiff,           )

13

    vs.                                          )          JUDGMENT

14

MICHAEL J. ASTRUE,                       )
Commissioner of the Social               )

15

Security Administration,                 )

16

         Defendant.          )

17

_____ )

18
19

     **IT IS ADJUDGED** that Judgment be entered **REMANDING** this case

20

to the Commissioner of the Social Security Administration, pursuant to

21

sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with

22

this Court's Order, which was filed concurrently in this case.

23
24

DATED:  July 16, 2009

25
26

                        _____
                           /s/

27

                      JEFFREY W. JOHNSON
                   United States Magistrate Judge

28